1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                   AT TACOMA

10    MOHSSINE KERROU,

11                   Plaintiff,                      CASE NO. 3:21-CV-5408-JCC

12         v.                                        ORDER GRANTING APPLICATION
                                                     TO PROCEED IN FORMA PAUPERIS
13    JAMES A. BONIFANT, BIBI M.
      BERRY, GOLDIS FARHADI,
14
                     Defendants.
15

16        Because Plaintiff does not appear to have funds available to afford the $400 filing fee,

17   Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. §

18   1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 1) is GRANTED.  However, based on the

19   allegations in the proposed complaint, it does not appear Plaintiff has adequately stated a claim.

20   In fact, it appears venue is not proper as the named defendants all reside in Maryland and the

21   action appears to relate to state judicial proceedings in Maryland. Therefore, the undersigned

22   recommends review under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

23

24

1    The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the

2  District Judge assigned to this case.

3    Dated this 9th day of June, 2021.

4

5    David W. Christel
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2